**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1554**

PEGGY M. PLEDGER,

             Plaintiff - Appellant,

        v.

MAYVIEW CONVALESCENT HOME, INCORPORATED, a/k/a Mayview
Convalescent Center,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Fox, Senior
District Judge. (5:07-cv-00235-F)

Submitted: April 8, 2010              Decided: April 19, 2010

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Angela Newell Gray, GRAY NEWELL, LLP, Greensboro, North
Carolina, for Appellant.  C. Matthew Keen, Nicholas J.
Sanservino, Jr., OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.,
Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peggy Pledger appeals the district court's order granting Mayview Convalescent Home, Inc., summary judgment on her claims alleging employment discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2006) ("Title VII"), 42 U.S.C. § 1981 (2006), and the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621 to 634 (2006), as well as her Title VII retaliation claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. Pledger v. Mayview Convalescent Home, Inc., No. 5:07-cv-00235-F (E.D.N.C. Apr. 14, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED